### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

RE:                                                    **CHAPTER 13**

**SARA ANN MATHIS**

**DEBTOR**                                             **CASE NO. 15-30083**

### SCHEDULE TO ALLOW CLAIMS

Debtor by Counsel, states that the following claims have been duly proved and should be allowed and paid in accordance with the Order of Confirmation.

GLA Collection Co Inc
PO Box 7728
Dept 2
Louisville, KY 40257
(9763)                                                 Allow: $413.00

Midland Credit Management, Inc.
As agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090
(Verizon)
(0001)                                                 Allow: $366.31

WHEREFORE, the Debtors, by counsel, prays that the claims set forth above which have been duly proved, be allowed and paid in accordance with the Order of Confirmation.

                                    /S/  Marc H. Levy_____
                                    MARC H. LEVY
                                    Counsel for Debtor
                                    440 South Seventh Street, suite #200
                                    Louisville, KY 40203-1967
                                    (502) 583-5023